PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Bobby Gene Ervin                              Docket No. 0650 3:14CR00195 - 1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Dariel S Blackledge-White, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bobby Gene Ervin who was placed under pretrial release supervision by the Honorable John S. Bryant, U.S. Magistrate Judge sitting in the Court at Nashville, Tennessee, on January 05, 2015, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Dariel S Blackledge-White                Nashville, TN           May 7, 2015
U.S. Pretrial Services Officer           Place:                  Date:

Next Scheduled Court Event    **Trial**              May 26, 2015
                              Event                  Date

### PETITIONING THE COURT

☐ No Action                      ☒ To issue an order setting a hearing on the petition
☐ To Issue a Warrant             ☐ Other

---

THE COURT ORDERS:
☐ No Action                                  ☒ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution         May 29, 2015           1:30 P.M.
  (cc: U.S. Probation and U.S. Marshals only)  Date                  Time
☐ Other

Considered and ordered this 20th day of May, 2015, and ordered filed and made a part of the records in the above case.

_____
Honorable John S. Bryant
U.S. Magistrate Judge

Honorable John S. Bryant
U.S. Magistrate Judge
Petition for Action on
ERVIN, Bobby Gene
Case No. 3:14-00195
May 7, 2015

Mr. Ervin appeared before Your Honor on January 5, 2015, and was released on his own recognizance with various conditions, to include being placed in the third-party custody of his mother, Reba Reynolds.

A trial date has been scheduled for May 26, 2015, before the Honorable Chief U.S. District Judge Kevin H. Sharp.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: The defendant must not violate any federal, state, or local law while on release.**

On April 28, 2015, at approximately 4:40 p.m., a Trousdale County Sheriff's Department officer was dispatched to a residence on Front Street in Hartsville, Tennessee. When the officer arrived on the scene, he noticed a vehicle in a ditch. The license plate tags revealed the vehicle was registered to the defendant. The officer observed the defendant walking in the middle of the street, and his face was bleeding.

The officer asked Mr. Ervin what had transpired, and the defendant said he was unable to stop his vehicle and thus drove it into the ditch. Mr. Ervin indicated when he exited his vehicle, someone started yelling and hit him. He declined to accept medical treatment. During this encounter, the officer noted a strong odor of alcohol emanated from the defendant's person.

The officer spoke with a witness, Rickie Frazier, who occupies a home located on Front Street. Mr. Frazier informed the officer that the defendant suspects he is romantically involved with the defendant's wife, Lisa Vanzant. Mr. Frazier said the defendant has posted racial slurs on Facebook and threatened to fight him.

Mr. Frazier confirmed the defendant drove his vehicle into the ditch. He said Mr. Ervin exited his vehicle, threw his hands up, and called him racial epithets. Mr. Ervin allegedly walked towards Mr. Frazier, and a physical altercation occurred.

The officer observed Mr. Ervin was unsteady on his feet and he had red, bloodshot eyes. The defendant admitted to the officer that he had consumed alcohol. Field sobriety tasks were conducted, and the defendant failed all three tasks. He was placed under arrest and transported to the Trousdale Medical Group, located in Hartsville, Tennessee, where he submitted to a blood alcohol test.

Honorable John S. Bryant
U.S. Magistrate Judge
Petition for Action on
ERVIN, Bobby Gene
Case No. 3:14-00195
May 7, 2015

Subsequently, the defendant was charged with Driving Under the Influence (Case No. 201503482) and was transported to the Trousdale County Jail, also located in Hartsville. He posted a $2,000 bond and was released from custody on the same date.

Mr. Ervin is scheduled to appear in the General Sessions Court of Trousdale County, Tennessee, on June 12, 2015.

**Violation No. 2: Refrain from excessive use of alcohol.**

As noted above, on April 28, 2015, the defendant consumed an excessive amount of alcohol and was charged with Driving Under the Influence.

**Violation No. 3: Submit to urine screen testing and, if deemed appropriate, inpatient or outpatient treatment at the discretion of the U.S.P.O.**

On April 29, 2015, Mr. Ervin failed to report to the U.S. Probation and Pretrial Services Office to submit a random drug screen.

**Current Status of Case:**

As previously noted, the defendant is set for trial on May 26, 2015.

**Probation Officer Actions:**

On April 30, 2015, a voicemail message was left on this officer's telephone from a woman who indicated her brother had been taken to Vanderbilt. The voicemail was inaudible during some parts. On the afternoon of May 4, 2015, this officer retrieved the voicemail message and returned the phone call. A male answered the phone and said this officer had the wrong phone number. This officer informed the male of the voicemail received, and he reiterated he just left his workplace and did not call the U.S. Probation and Pretrial Services Office.

On May 5, 2015, this officer called the defendant to inquire as to why he missed his urinalysis on April 29, 2015. Mr. Ervin informed that on April 29, 2015, he had been jumped by several individuals and required medical treatment. He related he was kicked in the head and suffers from headaches. He also informed he has a broken leg.

The defendant reported law enforcement was called, and he was arrested for Driving Under the Influence. This officer inquired as to why Mr. Ervin did not report these events, and he said his sister called and left a voicemail message for this officer.

3

Honorable John S. Bryant
U.S. Magistrate Judge
Petition for Action on
ERVIN, Bobby Gene
Case No. 3:14-00195
May 7, 2015

Mr. Ervin was instructed to report to the U.S. Probation and Pretrial Services Office on May 6, 2015, and provide documentation of his new arrest. He indicated he is unable to drive due to his broken leg. This officer requested he secure a ride to the office with his mother, a family member, or a friend.

On the morning of May 6, 2015, the defendant sent a text message informing this officer that he was unable to secure a ride to Nashville. This officer responded and requested he secure transportation to this office no later than May 7, 2015. Also, the defendant was advised that this officer would attempt to conduct a home visit during the next field day.

Records from the Trousdale County Sheriff's Department and the General Sessions Court of Trousdale County, Tennessee, were obtained and reviewed on May 6, 2015. The defendant's estranged wife, Lisa Vanzant, was listed as an involved party in the incident report filed in response to Mr. Ervin's new arrest. This officer verified that on February 2, 2015, the Order of Protection filed in Macon County, Tennessee, was modified to permit contact between Mr. Ervin and Ms. Vanzant.

Of note, Mr. Ervin's mother, who serves as the third-party custodian, has yet to contact this officer to report his noncompliance or new arrest.

**Respectfully Petitioning the Court as Follows:**

Based upon the defendant's new arrest for excessive alcohol consumption and an alleged physical altercation, Pretrial Services respectfully recommends the defendant be ordered to appear before the Court to show cause as to why his bond should not be revoked.

Approved:

_____
Vidette A. Putnam
Supervisory U.S. Probation Officer

xc:  Isaiah Gant, AFPD
     Clay Lee, AUSA

Enclosures

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America )<br>v. )<br>) Case No. 3:14-00195<br>Bobby Gene Ervin )<br>*Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)*  __to be notified__
    *Place*

_____ on _____
    *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✔ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

( ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( X ) (7) The defendant is placed in the custody of:
Person or organization  **Ms. Reba Reynolds**
Address *(only if above is an organization)*
City and state  **Hartsville, Tennessee**    Tel. No. *(only if above is an organization)*

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: **Reba Jean Reynolds**    **1-05-15**
*Custodian or Proxy*    *Date*

( X ) (8) The defendant must:

1. Report as directed.
2. Maintain or actively seek employment and provide proof to Pretrial Services.
3. Travel is restricted to the Middle District of Tennessee, unless approved in advance by Pretrial Services.
4. No firearms, ammunition, or other dangerous weapons.
5. Refrain from excessive use of alcohol
6. Refrain from illegal substances or narcotic drugs unless prescribed by a physician.
7. Submit to urine screen testing and, if deemed appropriate, inpatient or outpatient treatment at the discretion of the U.S.P.O.
8. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.
9. No contact, directly or indirectly, with any potential victims or witnesses including codefendants. *except for defendant's wife.*
10. Report as soon as possible, within 48 hours, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
11. Permit a Pretrial Services Officer to visit him at home or elsewhere and permit confiscation of any contraband observed in plain view.
12. Defendant to reside at a specified location and shall not move without the express permission of the Court.
13. Must reside at his residence Hartsville, Tennessee.
14. May not change his address without permission from the Court.
15. No new passport.
16. *Defendant shall participate in mental health assessment and treatment as directed by the Pretrial Services Officer.* JMB

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:     January 5, 2015                              _____
                                                       *Judicial Officer's Signature*

                                                       JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
                                                       *Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

## TROUSDALE COUNTY SHERIFFS DEPARTMENT
Incident Report
Case Number: 201503482

Page 1 of 2

**INCIDENT #:** 201503482
**Address:** FRONT ST
**City, State, Zip:** HARTSVILLE, TN. 37074-
**Zone:** 1
**Reporting Officer:** JH05 - HOBBS, JUSTIN
**Assigned Officer:** JH05 - HOBBS, JUSTIN

**Report Date:** 04/28/2015
**Report Time:** 21:50 - hours
**Date Occured From:** 04/28/2015 - 16:50 - hours
**Date Occured Thru:** 04/28/2015 - 18:07 - hours
**Reportable:** Yes
**Assigned Date:** 04/28/2015
**Exceptional Clearance:**

### INCIDENT OFFENSE(S)
**U.C.R.:** 90D -DRIVING UNDER INFLUENCE

### SUSPECT(S) / ARRESTEE(S) / MISSING PERSON(S)
**ARRESTEE:** ERVIN, BOBBY GENE       **Arrest Date:** 04/28/2015   **Time:** 17:15 Hours   **UCR:** 90D
**Home Adderss:** 310 ROLLING ACRES LOOP       **Arrested By:** JH05 - HOBBS, JUSTIN
**City, State,Zip:** HARTSVILLE, TN. 37074-     **Arrested At:** FRONT ST
**Home Phone:** (615) 670-9080   **Cell Phone:**    **Armed With:** UNARMED
**Occupation:**                  **Warrants Signed:** OFFICER
**Employer:** UNEMPLOYED         **Work Phone:** ( ) -
**D.O.B.:** 12/02/1970 (44)   **S.S.N.:** 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   **DL#:** TN/069976760
**Race:** W  **Sex:** M  **Height:** 506  **Weight:** 170  **Hair:** BR  **Eyes:** HAZ  **Hispanic:** No

| CHARGE | Court | Court Date | TIME | DOCKET | BOND | CHARGE DESCRIPTION |
|---|---|---|---|---|---|---|
| 55-10-401 | GS | 06/12/2015 | 09:00 | 201503482 | 2,000.00 | DRIVING UNDER INFLUENCE |

### COMPLAINANT(S)
**Name:** HOBBS, JUSTIN
**Address:** 210 BROADWAY ST /
**City, State, Zip:** HARTSVILLE, TN. 37074-
**Home Phone** ( ) -   **Work Phone:** (615) 374-2114
**Employer:**
**Email:**
**Race:** W  **Sex:** M  **Height:**   **Weight:**
**Hair:**  **Eyes:**    **Hispanic:** Unk
**Cell Phone:**
**Occupation:**
**DL#:** /   **D.O.B.:** 08/23/2013 (1)

### OTHERS INVOLVED
**Name:** VANZANT, LISA DARLENE
**Address:** 233 RIVER STREET OR 320 ROLLIN
**City, State, Zip:** HARTSVILLE, TN. 37074-
**Home Phone:** (615) 306-3277  **Work Phone:** ( ) -
**Employer:**
**Email:**
**How Involved:** ASSOCIATE
**Race:** W  **Sex:** F  **Height:** 502  **Weight:** 130
**Hair:** BLN  **Eyes:** BLU   **Hispanic:**
**Cell Phone:**
**Occupation:**
**DL#:** TN/081617538   **D.O.B.:** 12/06/1977 (37)

**Name:** FRAZIER, RICKIE DONNELL
**Address:** 306 FRONT ST
**City, State, Zip:** HARTSVILLE, TN. 37074-
**Home Phone:** (865) 309-0325  **Work Phone:** (615) 633-7781
**Employer:** PRESS OPERATOR
**Email:**
**How Involved:** WITNESS
**Race:** B  **Sex:** M  **Height:** 509  **Weight:** 190
**Hair:** BLK  **Eyes:** BRO   **Hispanic:**
**Cell Phone:**
**Occupation:**
**DL#:** TN/082043331   **D.O.B.:** 02/16/1977 (38)

### NARRATIVE
**Reporting Officer:** JH05 - HOBBS, JUSTIN
On Tuesday April 28th, 2015 at 4:50 pm, I was dispatched to 306 Front St. regarding a accident and a fight in progress.

| Reporting Officer: **JH05 - HOBBS, JUSTIN** | Approving Officer: **BB01 - BASFORD, BRADLEY** |
|---|---|
| Print Date: Wednesday, May 6, 2015 12:23:33PM | Form_IncidentReport_Rev2  Incident Tracking#: 25416702   WC01 |

When I arrived I saw a car off in the ditch on Front St. The car was a 1995 black Honda Accord with tag 166-ZLR. The vehicle came back to Bobby Ervin. I saw Ervin walking in the middle of Front St. Ervin was bleeding in the area of his face.

I asked Ervin what had happened and Ervin said he pulled up in his car and was unable to stop. Ervin said he then drove his car off into the ditch. Ervin said he got out of his car and someone started yelling at him and started hitting him. I asked Ervin if he need medical treatment and Ervin stated no. Ervin had a strong odor of alcohol coming from his person.

I went and asked people who were standing outside what had happened. Rickie Frazier said he lives at 306 Front St. and Ervin thinks he has been sleeping with his wife. Frazier said Ervin has put things on Facebook stating he was going to come over and fight him and also calling him racial slurs.

Frazier said Ervin pulled up and ran his car into the ditch. Frazier said Ervin got out of his car and threw his hands up and started calling him racial slurs. Frazier said Ervin started walking toward him at his residence and he defended himself and the police were called.

I went back to Ervin and asked him if he had been drinking. Ervin said yes. Ervin had red blood shot eyes and was unsteady on his feet. I had Ervin do the Standardized Field Sobriety Test.

The first test was the horizontal gaze nystagmus test. Ervin had lack of smooth pursuit, distinct and sustained nystagmus at maximum deviation, and onset of nystagmus prior to 45 degrees in both right and left eyes.

The second test was the walk and turn test. Ervin was unable to stand in the instructional position, did not touch heel to toe, did a improper turn, and used his arms for balance.

The third test was the one leg stand test. Ervin used his arms for balance and was only able to hold his foot up for just a few seconds.

After the SFSTs, I placed Ervin under arrest for DUI. Ervin was transported to the Trousdale Medical Center to give blood to determine the alcohol and/or drug content in his system. After giving blood, Ervin was transported to the Trousdale County Jail and left in the custody of the jail staff.

There was no damage done to Ervin's vehicle went it slid into the ditch.

JH05 - 4/28/2015 11:32:05 PM
BB01 - 4/29/2015 1:04:38 AM

## CASE MANAGEMENT INFO

| | |
|---|---|
| Reporting Officer: **JH05 - HOBBS, JUSTIN** | Report Date: **04/28/2015** |
| Approving Officer: **BB01 - BASFORD, BRADLEY** | Approving Date: **04/29/2015** |
| Assigned Officer: **JH05 - HOBBS, JUSTIN** | Assigned Date: **04/28/2015** |
| Clearing Officer: **JH05 - HOBBS, JUSTIN** | Clearing Date: **04/28/2015** |

Officer Signature: _____    Date: **04/29/2015** Supervisor: _____

| Reporting Officer: **JH05 - HOBBS, JUSTIN** | Approving Officer: BB01 - BASFORD, BRADLEY |
|---|---|
| Print Date: Wednesday, May 6, 2015 12:23:33PM | *Form_IncidentReport_Rev2* Incident Tracking#: 25416702    *WC01* |

# STATE OF TENNESSEE UNIFORM CITATION

**No. 1954**

**COURT DATE:** 6/12/15

**COMPLAINT – AFFIDAVIT** ☐ DOS ☐ PO ☒ SO ☐ OTHER

**AGENCY:** Trousdale County
**I.D. NO.:** 201603482

## VIOLATOR
- **NAME:** Bobby G. Erwin
- **ADDRESS:** 310 Rolling Acres Loop
- **CITY:** Hartsville  **STATE:** TN  **ZIP:** 37074
- **DOB:** 12/2/70  **RACE:** W  **SEX:** M
- **TN RESIDENT?** Yes  **SEAT BELT?** Yes
- **SSN:** 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
- **DRIVER LICENSE NUMBER:** 069976760  **CLASS:** A  **STATE:** TN  **EXP:** 12/2/20
- **TELEPHONE:** 615-

## VEHICLE
- ☒ OWNED  **NAME:** Bobby Erwin  **ADDRESS:** 310 Rolling Acres Lp
- **MAKE:** Honda  **MODEL:** Accord  **YEAR:** 1995  **COLOR:** Black  **LICENSE PLATE:** 166-ZLR  **STATE:** TN  **YEAR:** 2015

## LOCALE
- **UPON STREET/HIGHWAY:** Front St
- **TRAVEL DIR:** W
- **CITY/COUNTY:** Hartsville/Trousdale
- ☒ RES

## VIOLATION
- 20 ☒ DUI BAC
- 22 ☒ REV/SUS/CAN DL
- **T.C.A.** 55-10-401  **ORDINANCE:** N/A

## NARRATIVE
On the above date Bobby G. Erwin did wreck his car into a ditch on Front St. Erwin stated to me that he tried to stop but he drove off into the ditch. Erwin had a strong odor of alcohol coming from his person. Erwin had red, glassy, blood shot eyes. Erwin stated to me that he had been drinking. Erwin did extremely poorly on all SFSTs. Therefore charging Erwin with DUI. This did occur in Trousdale County.

## OFFICER
THIS 28th DAY OF April 2015 TIME 1720 PM
Deputy Justin M. Hobbs  813

**GENERAL SESSIONS COURT OF** Trousdale  **IN THE CITY OF** Hartsville
ON Fri THE 12th DAY OF June 2015 TIME 9:30 AM

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED BY THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF ELEVEN (11) MONTHS AND TWENTY-NINE (29) DAYS AND/OR A FINE OF UP TO TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500).

I UNDERSTAND THE ABOVE NOTICE, AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

BLER-32

**COURT COPY**

## JUDGEMENT

Judgment that the Defendant be:

- [ ] Guilty
- [ ] Dismissed and cost taxed to be the
- [ ] Fined $ _____ and cost on a plea of _____
- [ ] Driving privilege suspended for _____
- [ ] Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered
- [ ] Fined $ _____ and cost on a plea of _____ and sentenced to serve _____ and _____ days in county jail
- [ ] Bound over and held to the Grand Jury of _____ County.
- [ ] Bail Bond set at $ _____
- [ ] Defendant having failed to appear, an Attachment or Alias Arrest Warrant is hereby ordered
- [ ] Waived preliminary hearing, bound over and held to the Grand Jury.
- [ ] Bail Bond set at $ _____

DATE _____, 20 _____   JUDGE _____

COST
Fine $ _____
Cost $ _____
Total Fine & Cost $ _____

---

DOCKET NO. 2X50342  PAGE NO. _____

STATE OF TENNESSEE
vs.
Bobby G. Smith  DEFENDANT

CHARGE  SS-10-401

ISSUED THIS 28 DAY OF 04
20 15

BY _____ CLERK
JUDGE, COMMISSIONER, CLERK, MAGISTRATE

INITIAL APPEARANCE DATE:
12, 2015 AT 10 AM/PM

BOND FIXED AT $ 1000

SECURED BY _____
CONTINUED _____
CONTINUED _____

RETURN OF SERVICE
EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY

DATE 4/_____, 20 15

---

## WAIVER

1. **Grand Jury and Trial by Jury**
   DEFENDANT, after being fully advised of his/her rights by the Court, in writing waives his/her rights to be tried only upon indictment or presentment by a Grand Jury and to trial by a jury of peers.

   _____   _____
   DEFENDANT          JUDGE

2. **Preliminary Examination**
   DEFENDANT, hereby expressly waives in writing his/her right to a preliminary hearing.

   _____   _____
   DEFENDANT          JUDGE

3. **Right to Counsel**,
   DEFENDANT, after being fully advised of his/her right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary an attorney will be appointed to represent the defendant, hereby waives his/her right to counsel.

   _____
   DEFENDANT
   _____
   JUDGE
   DATE _____, 20 _____

   ATTORNEY - CHECK IF COURT APPOINTED [ ]

   _____
   ATTORNEY



**Tennessee Bureau of Investigation**
**Forensic Services / Crime Laboratory**

Knoxville
1791 Neals Commerce Lane
Knoxville, TN 37914
865-549-7800

Nashville
901 R. S. Gass Boulevard
Nashville, TN 37216
615-744-4000

Memphis
6323 Haley Road
Memphis, TN 38134
901-379-3400

## ALCOHOL/TOXICOLOGY REQUEST

Requesting Individual: Justin M. Hobbs
Badge Number: 813
Requesting Agency: Trousdale County
Address: 210 Broadway
City: Hartsville
Phone Number: 615-374-3944

Agency Case Number: 20150
County of Offense/Death: Trousdale
Date of Offense:
Type of Offense: DUI ☒  MVA ☐  Homicide ☐
Vehicular Homicide ☐
Other ☐ Specify

Subject: Last: Erwin  First: Bobby  Middle:
Sex: M   Race: W   Date of Birth: 12/2/70
Driver's License Number:
Driver ☒  Passenger ☐
Living ☐  Deceased ☐
Specimen of: Blood ☒  Urine ☐  Other ☐

Collected: Date: 4/28/2015  Time: 17:30  am ☐ pm ☒
By: Jenny E Harris MT(ASCP)

Breath Alcohol Results: ___
(If DUI or lesser offense, no drug testing will be performed when breath or blood alcohol level is equal to or greater than 0.08 gm%.)
Analysis Requested: Alcohol ☒  Drug Screen ☒
☐ Other (specify)

Comments: (Known Diseases, Drugs Suspected, Etc.)

Nature of Death: Accidental ☐  Natural ☐  Suicide (overdose) ☐  Homicide ☐  Unknown ☐
Motor Vehicle Accident ☐  Suicide (other) ☐  Specify

Has other evidence been submitted to the laboratory on this case? Yes ☐ No ☒  Laboratory Number: ___

I certify this evidence is associated with a criminal or death investigation.
Signature: ___ Requesting individual

Evidence submitted by:
Signature: ___ Submitting individual

### For Laboratory Use Only

Specimen Received: Date ___/___/___ Month Day Year  Time: ___ a.m. ☐ p.m. ☐
Specimen Received From: ___
By: ___

Laboratory No: ___
Blood(Ex#)
Urine(Ex#)
Other(Ex#)

BI-0036 (REV. 8/09)
TOP COPY—LABORATORY
BOTTOM COPY—OFFICER
See Other Side
TNBA1002



# TROUSDALE
## Medical Center
### HIGHPOINT HEALTH SYSTEM

## BLOOD DRAWING FOR ALCOHOL AND DRUG CONSENT
### TEST AT THE CONSENT OF THE LAW ENFORCEMENT OFFICER

COUNTY: Trousdale     STATE: Tennessee     CITY: Hartsville

In accordance with T.C.A. 55-10-406, the undersigned Law Enforcement Officer, having reasonable grounds to believe that:

__Bobby Eru__   __12-2-70__   __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__
NAME OF ARRESTED PERSON    DATE OF BIRTH    SOCIAL SECURITY NUMBER

To have been driving a motor vehicle while under the influence of an intoxicant or drug, as defined in T.C.A. 55-10-405,

REQUESTS that Trousdale Medical Center to withdraw blood from the above named individual for the purpose of making and obtaining test results thereon.

__April 28th 2015__       __1726__
THIS DATE:            TIME

__Justin M. Hobbs__      __Deputy__
OFFICER NAME:         RANK

__Trousdale County Sheriff Dept.__
FROM POLICE DEPARTMENT REPRESENTED

Trousdale Medical Center
Staff Member Signature: __Perry E Hamell MT (ASCP)__

PHOTOCOPY COMPLETED FORM
Original to Hospital
Copy to Officer

Version 10-11

IN THE GENERAL SESSIONS COURT FOR TROUSDALE COUNTY, TENNESSEE

STATE OF TENNESSEE

VS.

Bobby G. Erwin
Defendant

No. _____

ORDER FOR RELEASE ON CONDITIONS FOR DUI, VEHICULAR ASSAULT, OR VEHICULAR HOMICIDE
[T.C.A. SECTIONS 40-11-118(a) & 40-11-148(b)]

The Defendant has one or more prior convictions or has a current pending charge for:

_____ T.C.A. § 55-10-401 Driving Under the Influence

_____ T.C.A. § 39-13-106 Vehicular Assault

_____ T.C.A. § 39-13-213 (a)(2) Vehicular Homicide as the proximate result of Driver's Intoxication

THE COURT HEREBY FINDS:

_____ (check if applicable) the defendant has been admitted to and released on bail for a violation of T.C.A. § 55-10-401, § 39-13-106, or § 39-13-213 (a)(2) and has been charged with committing one of those crimes after release. Pursuant to T.C.A. § 40-11-148 the defendant is considered a danger to the community and the defendant shall not be released on another bail.

_____ (check if applicable) the Court cannot make a determination that the defendant is not a danger to the community, therefore, the defendant shall be held in jail without bail.

The Court cannot determine that the defendant is not a danger to the community unless the defendant complies with the following conditions of release: (check all applicable conditions)

✓ 1.  The defendant must post bail in the amount of $ 2,000 ⁰⁰ ;

✓ 2.  The defendant is prohibited from possessing or consuming alcohol or any controlled substances;

_____ 3.  The defendant is prohibited from driving any motor vehicle;

____ 4. The defendant is prohibited from driving any motor vehicle unless it is equipped with a functioning ignition interlock device at the defendant's expense;

____ 5. The defendant must maintain transdermal monitoring devices or other alternative alcohol monitoring device, at the defendant's expense;

____ 6. The defendant must submit to electronic monitoring with random alcohol and drug testing at defendant's expense;

____ 7. The defendant must maintain pretrial residency in the following in-patient alcohol or drug rehabilitation center, to wit:_____;

____ 8. The defendant is required to be supervised by the misdemeanor probation services at the defendant's expense of $_____ per week for the supervision fee and maintain not less than weekly contact, submit to alcohol and drug testing at the defendant's expense and comply with all standard rules that a convicted defendant on supervised probation must follow;

✓ 9. Insert any other conditions: _Good & lawful conduct_

The defendant shall be required to appear in Court for trial on _6/2/15_ at _9:00 AM_ and at any other times as ordered.

This _28_ day of _04_, 20_15_.

_____
JUDGE/ JUDICIAL COMMISSIONER/ CLERK

### ACKNOWLEDGMENT BY DEFENDANT

I UNDERSTAND THE ABOVE CONDITIONS OF RELEASE AND AGREE TO ABIDE BY SUCH CONDITIONS.

THIS _28_ DAY OF _04_, 20_15_.

_____
DEFENDANT

# TROUSDALE COUNTY SHERIFFS DEPARTMENT
315 E MAIN ST
HARTSVILLE, TN. 37074-
Phone: (615) 374-2114   Fax:
(*RELEASE*)

**ERVIN, BOBBY GENE**
310 ROLLING ACRES LOOP
HARTSVILLE, TN. 37074-
(615) 670-9080   Cell#: ( ) -

| Booking# | Jacket# |
|---|---|
| 15515 | 10124 |
| Cell# | Locker# |
| DTANK | 1 |

Social Security #: 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    D.L.#: TN/069976760    Date Of Birth: 12/2/1970   (44)

Mittimus #: 14906

| | | | |
|---|---|---|---|
| Race: W  Sex: M | Height: 506 | Weight: 170 | Length: SHO |
| Hair: BRO  Eye: HAZ | Complexion: F | Hispanic: N | Beard: Y |
| Mustache: Y  Glasses: N | Dominant Hand: L | Military Agency: | Gang: NONE |
| Religion: NONE | Marital Status: M | Place Of Birth: INDIANA | Escape Risk: N |
| Country: USA | Diet Restriction: | Citizen: Y | # Of Children: 3 |

Features: OTHER, OTHER, , , TAT R ARM TAT L ARM TA
Aka: ERVIN, BOBBY ERVIN, BOBBY
Employer: UNEMPLOYED                         Work Phone: ( ) -                         SID#: 521419
Kin Name: REBA REYNOLDS                      Relationship: MOTHER
Address: 310 ROLLING ARCRES LOOP
Phoned Who:                                  Phone #: ( ) -                           Case/OCA#: 201503482
Intake Date: 4/28/2015      Time: 17:40      Intake Officer: JM01 - STAFFORD, JAMES
Arrest Date: 4/28/2015      Time: 17:40      Officer: JUSTIN HOBBS
                                             Searching Officer: JS04 - SCRUGGS, JOSHUA
Arresting Agency: TCSO      Transporting Agency: JUSTIN HOBBS        Location: FRONT STREET
Bond Description: CERTIFIED                                          Bond Amt: 2000.00
Vehicle Towed By: RONNIES BP    Agency Responsible: TCSD - TROUSDALE CO SHERIFF DEPT
CR#: 521419                 Prison #:        Inmate Class: 6         Suicide Watch: N
Holders:
Trustee: N    Mental Illness: N              Weekender: N            Violent: N
Release Date: 4/28/2015    Time: 21:30       Officer ID: JM01
Released By:               Released To:                 Out Weight:        Total Bookings: 9
Bond Out Type: CB          Disposition:
Transporting Officer:_____
Inmate_____  C/O_____

| CHARGE | DESCRIPTION | TERMS | BOND | WARRANT | CT | DATE | TIME | DEPT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |



IN THE CRIMINAL COURT FOR MACON COUNTY, TENNESSEE
AT LAFAYETTE

STATE OF TENNESSEE,                }
                                   }
    Plaintiff,                     }
                                   }
vs.                                }   Case No.: 2014-CR-203
                                   }
BOBBY G. ERVIN,                    }
                                   }
    Defendant.                     }

### ORDER

Upon good cause shown, the Court hereby orders that the bond conditions in place for the Defendant, Bobby G. Ervin, be removed and the parties may resume cohabitation. As it relates to cohabitation and being in Lisa VonZant Ervin's presence. Remaining bond conditions

IT IS SO ORDERED. relating to conditions 1, 2, 4, and 5 remain in place

This 2 day of February, 2015.

_____
HONORABLE BRODY KANE
CRIMINAL COURT JUDGE

APPROVED FOR ENTRY BY:

_____
JACKY O. BELLAR, BPR #3157
Attorney for Defendant
**BELLAR & WINKLER**
212 Main Street
P.O. Box 332
Carthage, TN 37030
(615) 735-1684


_____
GENERAL JAVIN CRIPPS
ASSISTANT DISTRICT ATTORNEY
P.O. Box 178
Hartsville, TN 37074
(615) 374-2604