ORDER:

Motion granted. The bond review hearing is rescheduled to June 3, 2015, at 1:30 P.M.

John Bryant
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:14-00195 |
| | ) | Kevin H. Sharp |
| | ) | Chief Judge, U.S. District Court |
| v. | ) | |
| | ) | John S. Bryant |
| | ) | Magistrate Judge |
| BOBBY GENE ERVIN | ) | U.S. District Court |

## BOBBY GENE ERVIN'S MOTION TO RE-SCHEDULE REVOCATION HEARING

COMES now, **BOBBY GENE ERVIN**, through counsel, Isaiah S. Gant, Assistant Federal Public Defender, and respectfully moves this Honorable Court to enter an Order re-scheduling the revocation hearing in this matter, presently scheduled for Friday, May 29, 2015, at 1:30 PM, to June 3, 2015, at a time that is convenient with the Court's calendar. In support of the foregoing motion, it is represented to this Honorable Court that counsel has been in trial before the Honorable Kevin H. Sharp, Chief Judge, United States District Court, in the case of *USA v. Daniel Ladeau*, Case No. 3:10-00242, and has been unable to adequately prepare for the revocation hearing. Assistant United States Attorney Clay T. Lee has granted counsel for Mr. Ervin the liberty of advising the Court that the government has no opposition to this request for a brief continuance.

Respectfully prayed and submitted,

*/s/ Isaiah S. Gant*
ISAIAH S. GANT (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Bobby Gene Ervin